**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
AMERICAN MEDIA, INC.,                               :     Case No. 10-16140 (MG)
                                                    :
        Debtor.                                  :
---------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
AMERICAN MEDIA OPERATIONS, INC.,                    :     Case No. 10-16141 (MG)
                                                    :
        Debtor.                                  :
---------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
AMERICAN MEDIA CONSUMER                             :     Case No. 10-16142 (MG)
ENTERTAINMENT, INC.,                                :
                                                    :
        Debtor.                                  :
---------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
AMERICAN MEDIA CONSUMER                             :     Case No. 10-16143 (MG)
MAGAZINE GROUP, INC.,                               :
                                                    :
        Debtor.                                  :
---------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
AMERICAN MEDIA DISTRIBUTION &                       :     Case No. 10-16144 (MG)
MARKETING GROUP, INC.,                              :
                                                    :
        Debtor.                                  :
---------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
AMERICAN MEDIA MINI MAGS, INC.,                     :     Case No. 10-16146 (MG)
                                                    :
        Debtor.                                  :
---------------------------------------------------------x

```
---------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
AMERICAN MEDIA NEWSPAPER                        :   Case No. 10-16147 (MG)
GROUP, INC.,                                    :
                                                :
            Debtor.                             :
---------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
AMERICAN MEDIA PROPERTY                         :   Case No. 10-16148 (MG)
GROUP, INC.,                                    :
                                                :
            Debtor.                             :
---------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
COUNTRY MUSIC MEDIA GROUP, INC.,:                   Case No. 10-16149 (MG)
                                                :
            Debtor.                             :
---------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
DISTRIBUTION SERVICES, INC.,                    :   Case No. 10-16151 (MG)
                                                :
            Debtor.                             :
---------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
GLOBE COMMUNICATIONS CORP.,                     :   Case No. 10-16152 (MG)
                                                :
            Debtor.                             :
---------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
GLOBE EDITORIAL, INC.,                          :   Case No. 10-16153 (MG)
                                                :
            Debtor.                             :
---------------------------------------------------x
```

```
------------------------------------------------------x
In re:                                  :    Chapter 11
                                        :
MIRA! EDITORIAL, INC.,                  :    Case No. 10-16154 (MG)
                                        :
              Debtor.                   :
------------------------------------------------------x
In re:                                  :    Chapter 11
                                        :
NATIONAL ENQUIRER, INC.,                :    Case No. 10-16155 (MG)
              Debtor.                   :
------------------------------------------------------x
In re:                                  :    Chapter 11
                                        :
NATIONAL EXAMINER, INC.,                :    Case No. 10-16156 (MG)
                                        :
              Debtor.                   :
------------------------------------------------------x
In re:                                  :    Chapter 11
                                        :
STAR EDITORIAL, INC.,                   :    Case No. 10-16157 (MG)
                                        :
              Debtor.                   :
------------------------------------------------------x
In re:                                  :    Chapter 11
                                        :
WEIDER PUBLICATIONS, LLC,               :    Case No. 10-16158 (MG)
                                        :
              Debtor.                   :
------------------------------------------------------x
```

## **ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Upon the motion (the "***Motion***")[1] of the above-captioned debtors (collectively, the "***Debtors***") for entry of an order directing joint administration of the Debtors' related Chapter 11 Cases; and upon the First Day Declaration; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors other parties in interest; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Motion.

consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion is appropriate under the circumstances; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 10-16140, the case number for American Media, Inc.

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN MEDIA, INC., *et al.*,[2] | : | Case No. 10-16140 (MG) |
| | : | |
| | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------x

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Media, Inc. (3383); American Media Operations, Inc. (4424); American Media Consumer Entertainment, Inc. (3852); American Media Consumer Magazine Group, Inc. (3863); American Media Distribution & Marketing Group, Inc. (3860); American Media Mini Mags, Inc. (3854); American Media Newspaper Group, Inc. (3864); American Media Property Group, Inc. (4153); Country Music Media Group, Inc. (2019); Distribution Services, Inc. (1185); Globe Communications Corp. (2593); Globe Editorial, Inc. (3859); Mira! Editorial, Inc. (3841); National Enquirer, Inc. (4097); National Examiner, Inc. (3855); Star Editorial, Inc. (9233); and Weider Publications, LLC (1848).

4

4. A docket entry shall be made in each of Debtors' Chapter 11 Cases substantially as follows:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of: American Media, Inc.; American Media Operations, Inc.; American Media Consumer Entertainment, Inc.; American Media Consumer Magazine Group, Inc.; American Media Distribution & Marketing Group, Inc.; American Media Mini Mags, Inc.; American Media Newspaper Group, Inc.; American Media Property Group, Inc.; Country Music Media Group, Inc.; Distribution Services, Inc.; Globe Communications Corp.; Globe Editorial, Inc.; Mira! Editorial, Inc.; National Enquirer, Inc.; National Examiner, Inc.; Star Editorial, Inc.; and Weider Publications, LLC. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 10-16140.

5. One consolidated docket, one file and one consolidated service list shall be maintained by the Debtors and/or KCC, updated and filed with the Court and kept by the Clerk of the United States Bankruptcy Court for the Southern District of New York.

6. Nothing contained in the Motion or this order shall be deemed or construed as otherwise effecting a substantive consolidation of the Debtors' Chapter 11 Cases.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this order in accordance with the Motion.

8. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this order.

Dated: November 19, 2010
      New York, New York

                                                     /s/**Martin Glenn**
                                      **UNITED STATES BANKRUPTCY JUDGE**