**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:                                            :       Chapter 11
                                                  :
AMERICAN MEDIA, INC., *et al.*,[1]                :       Case No. 10-16140 (MG)
                                                  :
                          Debtors.                :       Jointly Administered
                                                  :
---------------------------------------------------------x

**ORDER (I) GRANTING AN EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, LISTS OF EQUITY SECURITY HOLDERS, SCHEDULES OF CURRENT INCOME AND EXPENDITURES AND STATEMENTS OF FINANCIAL AFFAIRS, AND (II) PERMANENTLY WAIVING THE REQUIREMENTS TO FILE THE SAME UPON CONFIRMATION OF THE PLAN**

Upon the Motion[2] of American Media, Inc. and its affiliated debtors and debtors in possession in the above-referenced chapter 11 cases (collectively, the "***Debtors***"), for entry of an order (a) granting an extension of the time within which the Debtors may file their Schedules and Statements and (b) waiving the requirements to file the same upon the effective date of the Plan, all as more fully set forth in the Motion; and upon the First Day Declaration; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors other parties in interest; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Media, Inc. (3383); American Media Operations, Inc. (4424); American Media Consumer Entertainment, Inc. (3852); American Media Consumer Magazine Group, Inc. (3863); American Media Distribution & Marketing Group, Inc. (3860); American Media Mini Mags, Inc. (3854); American Media Newspaper Group, Inc. (3864); American Media Property Group, Inc. (4153); Country Music Media Group, Inc. (2019); Distribution Services, Inc. (1185); Globe Communications Corp. (2593); Globe Editorial, Inc. (3859); Mira! Editorial, Inc. (3841); National Enquirer, Inc. (4097); National Examiner, Inc. (3855); Star Editorial, Inc. (9233); and Weider Publications, LLC (1848).

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

this district pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion is appropriate under the circumstances; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted to the extent set forth herein.

2. The time within which the Debtors must file their Schedules and Statements required by Bankruptcy Rule 1007 is enlarged and extended for an additional period of thirty (30) days to January 3, 2011, (the "*Filing Deadline*").

3. Such extension is without prejudice to the Debtors' right to request a further extension of time within which to file the Schedules and Statements, and upon the consent of the U.S. Trustee and submission of a certification of counsel, an extension may be granted without further motion practice on this subject in these cases.

4. In the event that the effective date of the Plan (or any other plan of reorganization) occurs before the Filing Deadline (as such date may hereafter be modified), the requirement that the Debtors file their Schedules and Statements shall be permanently waived.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this order in accordance with the Motion.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: November 19, 2010
      New York, New York

                                                 **/s/Martin Glenn**
                                                 MARTIN GLENN
                                    United States Bankruptcy Judge