UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| AMERICAN MEDIA, INC., *et al.*,[1] | ) Case No. 10-16140 (MG) |
| Debtors. | ) Jointly Administered |

**NOTICE OF FILING OF PLAN FINANCING
SUPPLEMENT TO DEBTORS' JOINT PREPACKAGED PLAN OF
REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE THAT**, on November 17, 2010 (the "*Petition Date*"), the above-captioned debtors and debtors in possession (collectively, the "*Debtors*") filed with the United States Bankruptcy Court for the Southern District of New York (the "*Court*") their respective voluntary petitions for relief under chapter 11 of title 11 of United States Code (the "*Bankruptcy Code*") commencing the above-captioned chapter 11 cases.  On the Petition Date, the Debtors also filed the *Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code*, dated October 30, 2010 (as may be modified, amended or supplemented from time to time, the "*Plan*") [Docket No. 20].

**PLEASE TAKE FURTHER NOTICE THAT** as contemplated by the Plan, the Debtors filed the plan financing supplement with the Court on November 24, 2010 [Docket No. 65] (the "*Plan Financing Supplement*").  The Plan Financing Supplement contains the following:  (a)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  American Media, Inc. (3383); American Media Operations, Inc. (4424); American Media Consumer Entertainment, Inc. (3852); American Media Consumer Magazine Group, Inc. (3863); American Media Distribution & Marketing Group, Inc. (3860); American Media Mini Mags, Inc. (3854); American Media Newspaper Group, Inc. (3864); American Media Property Group, Inc. (4153); Country Music Media Group, Inc. (2019); Distribution Services, Inc. (1185); Globe Communications Corp. (2593); Globe Editorial, Inc. (3859); Mira! Editorial, Inc. (3841); National Enquirer, Inc. (4097); National Examiner, Inc. (3855); Star Editorial, Inc. (9233); and Weider Publications, LLC (1848).

the indicative terms of the New First Lien Notes[2] and (b) the indicative terms of the New Second Lien Notes.  The documents contained in the Plan Financing Supplement are integral to and part of the Plan and, if the Plan is approved, shall be approved in the Confirmation Order.  The Debtors reserve the right to alter, amend, update or modify any of the exhibits in the Plan Financing Supplement.  As stated in the Plan, the draft form of the New First Lien Indenture and the New Second Lien Indenture will be provided in the Plan Supplement that will be filed no later than five days before the hearing to consider confirmation of the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider confirmation of the Plan and the related disclosure statement (the "*Disclosure Statement*") will commence at **10:00 a.m. (EST) on December 20, 2010**, before the Honorable Martin Glenn, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 501, New York, New York, 10004-1408.

**PLEASE TAKE FURTHER NOTICE THAT** any objections to the Plan or the Disclosure Statement must (i) be in writing, (ii) conform to the Bankruptcy Rules, the Local Rules and other case management rules and orders of the Court, (iii) set forth the name of the objector, the nature and amount of claims or interests held or asserted by the objector against the particular Debtor or Debtors, the basis for the objection and the specific grounds therefor, and (iv) be filed with the Clerk of the Court by **5:00 p.m. (EST) on December 13, 2010** (the "*Objection Deadline*") and served so as to be received no later than the Objection Deadline by the following parties:  (i) counsel to the Debtors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Ira Dizengoff, Esq., Arik Preis, Esq. and Meredith Lahaie, Esq.); (ii) the Office of the United States Trustee for the Southern District of New York, 33

---

[2]    Capitalized terms used but not defined herein shall have the same meaning ascribed to such terms in the Plan.

Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Susan Golden, Esq. and Richard Morrissey, Esq.); (iii) counsel to the ad hoc committee of holders of certain of the Debtors' prepetition unsecured note issuances, Paul, Weiss, Rifkin, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn: Andrew N. Rosenberg, Esq. and Diane Meyers, Esq.); and (iv) counsel to JPMorgan Chase Bank, N.A., as Administrative Agent under the Debtors' prepetition credit agreement, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019 (Attn: Richard G. Mason, Esq. and Jennifer S. Nam, Esq.).

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Plan or related documents you should contact Kurtzman Carson Consultants LLC, the notice and claims agent retained by the Debtors in these chapter 11 cases (the "***Notice and Claims Agent***"), by (a) calling the Debtors' restructuring hotline at (877) 660-6698, (b) visiting the Debtors' restructuring website at: www.kccllc.net/AMI, and/or (c) writing the Debtors at American Media c/o Kurtzman Carson Consultants LLC, 599 Lexington Avenue, 39th Floor, New York, New York, 10022. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at https://ecf.nysb.uscourts.gov.

| | |
|---|---|
| New York, New York<br>Dated: November 24, 2010 | */s/ Ira S. Dizengoff*<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>Ira S. Dizengoff<br>Arik Preis<br>Meredith A. Lahaie<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

3