**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| AMERICAN MEDIA, INC., *et al.*,[1] | ) Case No. 10-16140 (MG) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

**NOTICE OF FILING OF PLAN**
**SUPPLEMENT TO DEBTORS' AMENDED JOINT PREPACKAGED PLAN OF**
**REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE THAT**, on November 17, 2010 (the "***Petition Date***"), the

above-captioned debtors and debtors in possession (collectively, the "***Debtors***") filed with the

United States Bankruptcy Court for the Southern District of New York (the "***Court***") their

respective voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the

"***Bankruptcy Code***") commencing the above-captioned chapter 11 cases.  On the Petition Date,[2]

the Debtors also filed the *Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11*

*of the Bankruptcy Code*, dated October 30, 2010 [Docket No. 20], and on December 15, 2010,

the Debtors filed the *Debtors' Amended Joint Prepackaged Plan of Reorganization Under*

*Chapter 11 of the Bankruptcy Code* (as may be subsequently modified, amended or

supplemented, the "***Plan***") [Docket No. 115].

**PLEASE TAKE FURTHER NOTICE THAT** as contemplated by the Plan, the Debtors

filed the plan supplement with the Court on December 15, 2010 [Docket No. 116] (the "***Plan***

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  American Media, Inc. (3383); American Media Operations, Inc. (4424); American Media Consumer Entertainment, Inc. (3852); American Media Consumer Magazine Group, Inc. (3863); American Media Distribution & Marketing Group, Inc. (3860); American Media Mini Mags, Inc. (3854); American Media Newspaper Group, Inc. (3864); American Media Property Group, Inc. (4153); Country Music Media Group, Inc. (2019); Distribution Services, Inc. (1185); Globe Communications Corp. (2593); Globe Editorial, Inc. (3859); Mira! Editorial, Inc. (3841); National Enquirer, Inc. (4097); National Examiner, Inc. (3855); Star Editorial, Inc. (9233); and Weider Publications, LLC (1848).

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

*Supplement*").  The Plan Supplement contains the following:  (a) the New First Lien Indenture; (b) the New Second Lien Indenture; (c) the Purchase Agreement for New First Lien Notes; (d) the Registration Rights Agreement for New First Lien Notes; (e) the Registration Rights Agreement for New Second Lien Notes; (f) the Escrow Agreement for New First Lien Notes; (g) the Intercreditor Agreement Among Reorganized Debtors, Collateral Agent for the New Revolver Facility Lenders, Trustee and Collateral Agent for New First Lien Note Holders, and Trustee and Collateral Agent for New Second Lien Note Holders; (h) the Intercreditor Agreement Among Reorganized Debtors, Collateral Agent for New Revolver Facility Lenders, and Trustee and Collateral Agent for New First Lien Note Holders; (i) the Stockholders Agreement; (j) the Restated Bylaws; (k) the Restated Certificates of Incorporation; (l) the Equity Incentive Plan; (m) the Director Severance Plan; (n) the Emergence Incentive Plan; (o) the identity of members of the New Boards and the initial officers of the Reorganized Debtors; and (p) the New Revolver Credit Facility Credit Agreement.  The documents contained in the Plan Supplement are integral to and part of the Plan and, if the Plan is approved, shall be approved in the order entered confirming the Plan.  The Debtors reserve the right to alter, amend, update or modify any of the exhibits in the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Plan, Holders of Allowed PIK Notes Claims were to receive, at the Debtors' option, but with the Committee's consent, their *pro rata* share of $24,790,102, plus accrued and unpaid interest thereon as of the Petition Date, in the form of (i) New Second Lien Notes, (ii) New PIK Notes, (iii) New Preferred Stock, or (iv) a combination of the foregoing.  The Debtors, with the Committee's consent, have determined that on the Effective Date, or as soon thereafter as is reasonably practicable, in full and final satisfaction, settlement, release and discharge of and in exchange for their Claims, the Holders of Allowed PIK Notes Claims will receive their *pro rata* share of $24,790,102, plus

2

accrued and unpaid interest thereon as of the Petition Date, in the form of New Second Lien

Notes.

PLEASE TAKE FURTHER NOTICE THAT the hearing at which the Court will

consider confirmation of the Plan and the related disclosure statement (the "*Disclosure*

*Statement*") will commence at **10:00 a.m. (EST) on December 20, 2010**, before the Honorable

Martin Glenn, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, Room 501, New York, New York, 10004-

1408 (the "*Confirmation Hearing*").

PLEASE TAKE FURTHER NOTICE THAT, at the Confirmation Hearing, the

Debtors intend to request that the Court direct that the order confirming the Plan become

effective immediately upon its entry notwithstanding the 14-day stay imposed by Bankruptcy

Rule 3020(e).

PLEASE TAKE FURTHER NOTICE THAT copies of the Plan Supplement, the Plan,

or related documents may be obtained by contacting Kurtzman Carson Consultants LLC, the

notice agent retained by the Debtors in these chapter 11 cases (the "*Notice Agent*"), by (a) calling

the Debtors' restructuring hotline at (877) 660-6698, (b) visiting the Debtors' restructuring

website at:  www.kccllc.net/AMI, and/or (c) writing the Debtors at American Media c/o

Kurtzman Carson Consultants LLC, 599 Lexington Avenue, 39th Floor, New York, New York,

10022.  You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via

PACER at https://ecf.nysb.uscourts.gov.

New York, New York
Dated: December 15, 2010

*/s/ Ira S. Dizengoff*

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

Ira S. Dizengoff
Arik Preis
Meredith A. Lahaie

*Counsel to the Debtors and Debtors in Possession*